UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL JURY TRIAL MINUTES**

**Date:** July 17, 2015   **Time:** 8:30am Jury resumes   **Judge:** YVONNE GONZALEZ ROGERS
Deliberations. 9:20am-9:36am
time in court.

**Case No.:** 14-cr-00168-YGR-2   **Case Name:** UNITED STATES v. Damion Sleugh[present; in custody]

**Attorney for Plaintiff:** AUSA Damali Taylor and AUSA Joseph Alioto;
**Agent:** Russell Nimmo; **Paralegal:** Patty Lau
**Attorney for Defendant:** Paul DeMeester

**Deputy Clerk:** Frances Stone   **Court Reporter:** Raynee Mercado

**Voir Dire Began  6/29/15**   **Jury Trial Began:7/6/15**
**Jury Trial Ended: 7/17/15**

**JURY TRIAL PROCEEDINGS:**
**Further Jury Deliberations HELD.**
9:20am: Jury indicated that they had reached a verdict.
9:25am: Case called. Discussion with counsel.
Defendant Counsel makes a Rule 29 Motion on the record.
9:30am Jury enters courtroom.
9:33am: Verdict read. Jury polled. Unanimous.
9:35am: Court gives instructions to the Jury.
RECESS for Jury.
9:36am Discussion with counsel.

**Sentencing set for WEDNESDAY, November 4, 2015 at 2:00pm**
**Referral form submitted to Probation.**

**9:43am RECESS. Jury Trial completed.**

Trial Exhibits will be given to Criminal CSA to be logged into exhibit room.

**Exhibits retained by Government Agent**: 13A- Bullet; 17- Marijuana from crime scene; and 73- Shotgun.