

FILED
JUL 1 7 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0168 YGR |
| Plaintiff, | |
| v. | VERDICT FORM |
| DAMION SLEUGH, | |
| Defendant. | |

WE, THE JURY, FIND AS FOLLOWS, IN ACCORDANCE WITH THE COURT'S INSTRUCTIONS:

### COUNT ONE

On Count One, charging that the defendant committed the crime of Conspiracy to Possess With the Intent to Distribute Marijuana beginning at a date unknown and continuing up to at least on or about December 22, 2013 in violation of Sections 846 and 841(a) of Title 21 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☑ GUILTY

☐ NOT GUILTY

### COUNT TWO

On Count Two, charging that the defendant committed the crime of Attempted Possession With the Intent to Distribute Marijuana on or about December 22, 2013 in violation of Sections 846 and 841(a) of Title 21 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☑ GUILTY

☐ NOT GUILTY

## COUNT THREE

On Count Three, charging that the defendant committed the crime of Robbery Affecting Interstate Commerce on or about December 22, 2013 in violation of Section 1951(a) of Title 18 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☑ GUILTY

☐ NOT GUILTY

## COUNT FOUR

On Count Four, charging that the defendant committed the crime of Use or Carry a Firearm During or in Furtherance of a Crime of Violence or Drug Trafficking Crime, on or about December 22, 2013 in violation of Section 924(c) of Title 18 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☑ GUILTY

☐ NOT GUILTY

## SPECIAL FINDING ON COUNT FOUR

Please answer this question only if you find the defendant Guilty of Count Four. Has the government proven beyond a reasonable doubt that the defendant brandished or discharged a firearm during the commission of the crime charged in Count Four? If you check a box indicating "Yes," then your finding must be unanimous.

|  | YES | NO |
|---|---|---|
| BRANDISHED | ☑ | ☐ |
| DISCHARGED | ☑ | ☐ |

# COUNT FIVE

On Count Five, charging that the defendant committed the crime of Use of a Firearm During a Crime of Violence or Drug Trafficking Crime Resulting in the Death of Vincent Muzac on or about December 22, 2013 in violation of Section 924(j) of Title 18 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☒ GUILTY

☐ NOT GUILTY

If you answered "Not Guilty" to the above question, proceed immediately to "COUNT SIX." If you answered "Guilty" as to Count Five: did the government prove beyond a reasonable doubt that the defendant Damion Sleugh committed First-Degree Murder? If you check the box indicating "Yes," then your finding must be unanimous.

FIRST-DEGREE MURDER        YES ☒    NO ☐

If you answered "Yes" to the above question, proceed immediately to "COUNT SIX." If you answered "No": did the government prove beyond a reasonable doubt that the defendant Damion Sleugh committed Second-Degree Murder? If you check the box indicating "Yes," then your finding must be unanimous.

SECOND-DEGREE MURDER       YES ☐    NO ☐

## COUNT SIX

On Count Six, charging that the defendant committed the crime of Felon in Possession of a Firearm on or about February 13, 2014 in violation of Section 922(g) of Title 18 of the United States Code, we, the Jury, unanimously find the defendant Damion Sleugh:

☑ GUILTY

☐ NOT GUILTY

Dated: 7/17/15

_P. F/ll_
PRESIDING JUROR'S SIGNATURE

_Denise Floyd_
PRESIDING JUROR'S PRINTED NAME

VERDICT FORM                     CR 14-0168 YGR                                  4